IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LORI BORDOCK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:08CV001720SWW |
| | * | |
| CITY OF NORTH LITTLE ROCK and | * | |
| YELLOW CAB INC., | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, this action is dismissed with prejudice.

DATED this 25th day of August 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE